JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
COURTNEY STRANGE
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
courtney.strange@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00786-BNW |
| Plaintiff, | CRIMINAL COMPLAINT |
| vs. | VIOLATIONS: |
| BRIAN PATRICK SOLOMON, | Count One: 18 U.S.C. § 875(c) – Interstate Communications with Threat to Injure |
| Defendant. | Count Two: 18 U.S.C. § 2261A(2) – Cyberstalking |

BEFORE the Honorable Brenda Weksler, United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being duly sworn, deposes and states:

1

## COUNT ONE
*(Interstate Communications with Threat to Injure)*

Beginning on or about June 6, 2024, and continuing up to and including on or about September 16, 2024, in the State and Federal District of Nevada,

BRIAN PATRICK SOLOMON,

the defendant herein, unlawfully, willfully, and knowingly, transmitted in interstate commerce communications containing threats to injure Victim-1 and Victim-2, all in violation of Title 18, United States Code, Section 875(c).

## COUNT TWO
*(Cyberstalking)*

Beginning on or about June 6, 2024, and continuing up to and including September 16, 2024,

BRIAN PATRICK SOLOMON

the defendant herein, with intent to harass and intimidate, used an interactive computer service and electronic communications service, and electronic communication systems of interstate commerce, and any other facility of interstate and foreign commerce, specifically online direct messages and postings, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim-1 and Victim-2, all in violation of Title 18, United States Code, 2261A(2)(B).

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been employed in this capacity since September 2021. I previously was a patrol officer in Somersworth, New Hampshire, since October 2017 and prior to beginning my career with the FBI. I am a graduate of Plymouth State University, where I received a Bachelor's Degree in Criminal Justice. In addition, I am a graduate of the FBI's Special Agent Basic Field

Training Course in Quantico, Virginia. During this training, I was instructed in all phases of criminal investigations, including, but not limited to, Criminal and National Security Law, Search and Seizure, Field Enforcement Techniques, Firearms Proficiency, Interviewing, and Evidence Collection.

2. Throughout my career, I have investigated violations of federal criminal laws, and have gained experience through training, classes, and everyday work related to conducting investigations. I have received training and consulted with senior agents regarding the application for and execution of both search and arrest warrants. Based on my experience, I am familiar with techniques used by persons engaged in a wide variety of criminal activity.

3. The facts and information contained in this affidavit are based upon my direct participation in this investigation and based upon facts as relayed to me by other law enforcement officers pertaining to this investigation. This affidavit is submitted for the limited purpose of establishing probable cause for the charged offenses. As a result, I have not included each and every fact known to me regarding this matter.

## FACTS ESTABLISHING PROBABLE CAUSE

4. On or about June 6, 2024, Victim-1, a high level employee of a university in Austin, Texas, discovered persistent threatening communications sent from Instagram (Meta) accounts operated by BRIAN PATRICK SOLOMON ("SOLOMON") to her direct messages on Instagram.

5. SOLOMON utilized multiple Instagram accounts to send these communications, to include solomon_christ_word_of_god, queen_mother314, solomon_christ_son_of_heaven, and crispest_on_the_gram.

3

6. SOLOMON sent such a substantial volume of messages that Victim-1 was unable to see what date SOLOMON began his communications to her. Statements made from SOLOMON included, but are not limited to, "How about you ask that cunt of a woman [Victim-1] if she feels like killing herself. And you let me know in your next story. Because I could literally kill that bitch right now," "Did you get the fucking picture [Victim-1]. You fucking bitch. How I could kill you with my bare fucking hands right now," and "I would massacre every single one of you and your families for allowing a cunt named [Victim-1] to attend your venue tonight. To everyone that attends that event tonight, I would massacre you and your families for going to that event to meet a cunt of a woman named [Victim-1] tonight".

7. Additionally, SOLOMON messaged the Instagram account for Victim-2's daughter's dog and stated, "At least your cunt fucking dog didn't block me. [Victim-2's daughter], you're a fucking cunt. Your father is a fucking cunt. Understand in these moments I would fucking massacre your entire cunt family. I would massacre your cunt fucking coach too. You are literally meek and lowly to me. You mean nothing". The story tagged the Instagram account for Victim-2, another high level employee of the same university in Austin, Texas. The next post by Solomon also tagged Victim-2, which stated, "That's your daughter, [Victim-2] Watch me rape your daughter over and over and over again until I make her kill herself too."

8. On September 11, 2024, SOLOMON sent the following direct messages to Victim-1 on Instagram utilizing Instagram account solomon_christ_son_of_heaven: "I could maybe go to Austin" "Still have that warrant" "That fucks with me too." "Hubby don't like jails." "Makes me want to massacre people." and, "Remember this [Victim-1].. I'm going to one of your first 10 games."

4

9.      On September 16, 2024, the defendant herein sent the following direct messages to Victim-1 on Instagram utilizing Instagram account solomon_christ_son_of_heaven: "[Victim-1], you are truly a worthless cunt to me. I'll book my ticket today. I don't trust you though. I won't even tell you what hotel I'm going to be at… Again, if I got there and you do not see me. It's over… So I'm excited to just go out there and get it over with." "I will even take out some cash for you when I arrive just out of respect for how much of a cunt you are to me." "I'm flying out there…" "So basically I'm just going through the motions now of playing along with you, then flying to you. And that will be the end of it… Because you are literally the devil to me. And the reason I'm free from your torment of me now Is flying to you is the final all encompassing step for me loving you… So even before flying to you.. Knowing that I've finally done it all.. ticket booked and all. I'm finally free from your torment."

10.     On May 23, 2024, CashApp user by the name of Brian Solomon, username $bsolomon1 requested $200 from Victim-1 via CashApp with the memo "For [airplane emoji]". On June 5, 2024, a CashApp user with the same identifiers requested $250 with the memo "For [airplane emoji] to you IG: Solomon_Christ_word_of_God".

11.     A records check of SOLOMON revealed an arrest in Austin, Texas, for Burglary of Vehicle and Criminal Mischief on July 26, 2023. Austin, Texas is where the University of Texas at Austin is located, as well as where Victim-1 resided. SOLOMON was also arrested in the State of Nevada for Stalking on February 27, 2024. As a result of his arrest and guilty plea, a protection order was entered against SOLOMON. Service of this protective order warned him against making unsolicited contact to that victim.

12.     Victim-1 attended the ESPYs in July 2024 and was scheduled for a speaking engagement. SOLOMON communicated to Victim-1 via Instagram that he had purchased

5

a ticket for the event. While the event revoked his ticket due to safety concerns, Victim-1 was nonetheless concerned enough for her own safety that she paid out of pocket to hire security for her time at the ESPYs, to include a car service.

13. In direct response to the threats from SOLOMON, Victim-1 moved to a new residence. She was afraid that her previous residence of two years could be located from social media based on scenery around her home, and the University of Texas Police Department informed Victim-1 that SOLOMON had been located in Austin approximately eight miles from her home. Victim-1 has chosen to rent her current residence to prevent her name from being associated with her address in publicly accessible records. Victim-1 only had one camera inside her previous residence. Due to the threats she received from SOLOMON, she has moved to a rental home in a gated community, and installed a complex multi-camera system to monitor her new residence. She has not disclosed her new address to coworkers or friends for fear of her new residence being revealed.

14. Based on the public nature of Victim-1's employment and a publicly accessible schedule, in addition to SOLOMON's previous travel to Austin, Texas, and his incessant harassing and threating communications, Victim-1 has experienced substantial emotional distress at the prospect that SOLOMON will harm her.

15. On September 16, 2024, SOLOMON was arrested by FBI agents. SOLOMON was advised of his *Miranda* rights and elected to make a statement to law enforcement without the presence of an attorney. SOLOMON admitted that he used Instagram accounts crispest_on_the_gram, queenmother314, and solomon_christ_word_of_god, among others. SOLOMON admitted that he had sent a few thousand direct messages to Victim-1 and that he had become angry with her. SOLOMON admitted he had requested money on approximately two or three occasions from Victim-1

6

to travel to her. SOLOMON admitted he had traveled via airplane to Austin, Texas, and had been arrested while there. SOLOMON also admitted to sending communications to Victim-2.

16.     SOLOMON also claimed he and Victim-1 were to be married and that he was the second coming of Christ.

## CONCLUSION

17.     Based upon the information set forth in this application, your Affiant respectfully submits that there is probable cause to believe that BRIAN PATRICK SOLOMON violated 18 U.S.C. § 875(c), Interstate Communications with Threat to Injure, and 18 U.S.C. § 2261A(2), Cyberstalking, beginning on or about June 6, 2024, and continuing up to and including on or about September 16, 2024, as described above.

Respectfully Submitted,

_____
Special Agent Connor Mele
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on September 17, 2024.

_____
THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE